**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Columbia
(State)

Case number (*If known*): _____ Chapter 7

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | DevWorks International |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____ |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 9 0 – 0 7 5 6 6 0 3 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 7514 Wisconsin Ave<br>Number    Street | _____<br>Number    Street |
| Suite 400 | _____<br>P.O. Box |
| Bethesda    MD    20814<br>City    State    ZIP Code | _____<br>City    State    ZIP Code |
| Montgomery<br>County | **Location of principal assets, if different from principal place of business**<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City    State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | https://devworks.org |

| Debtor | DevWorks International | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☒ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

__8__  __1__  __3__  __2__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____  When _____  Case number _____
                                    MM / DD / YYYY

            District _____  When _____  Case number _____
                                      MM / DD / YYYY

Debtor    <u>DevWorks International</u>                          Case number *(if known)*_____
          Name

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ | When _____ |
| | MM / DD / YYYY |
| Case number, if known _____ | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____

    Number       Street

_____

    City                               State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

    Contact name _____

    Phone _____

---

### Statistical and administrative information

---

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

Debtor  __DevWorks International_____    Case number (if known)_____
     Name

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,000-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,000-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/04/2025__
      MM  / DD / YYYY

✖ __/s/ DeAnn McGrew_____          __DeAnn McGrew_____
  Signature of authorized representative of debtor          Printed name

Title __Chief Executive Officer_____

**18. Signature of attorney**

✖ __/s/ Andrew E. Siegel_____          Date __04/04/2025__
  Signature of attorney for debtor                    MM  / DD / YYYY

__Andrew E. Siegel_____
Printed name

__Covington & Burling LLP_____
Firm name

__One CityCenter 850 Tenth Street, NW_____
Number        Street

__Washington_____          __DC__          __20001__
City                                        State          ZIP Code

__(202) 662-6000_____          __asiegel@cov.com_____
Contact phone                              Email address

__1029365_____          __DC__
Bar number                    State



**CERTIFICATE OF CHIEF EXECUTIVE OFFICER AND PRESIDENT OF
DEVWORKS INTERNATIONAL**

I, the undersigned, as Chief Executive Officer and President of DevWorks International, a corporation organized and existing under the laws of the District of Columbia (the "Company"), do hereby certify solely on behalf of the Company and not in my individual capacity, that in such capacity, I am authorized to execute this Certificate on behalf of the Company, and further hereby certify that:

Attached hereto as Exhibit A is a true, correct, and complete copy of the resolutions duly adopted by the Board of Directors of the Company on the date hereof, and that such resolutions (a) have not been amended, rescinded, or modified since their adoption and remain in full force and effect as of the date hereof and (b) were adopted in accordance with the provisions of applicable law and the Company's organizational document

IN WITNESS WHEREOF, the undersigned has executed this Certificate as of the date first set forth below.

Date: April 4, 2025

Signed: /s/ DeAnn McGrew

      DeAnn McGrew
      Chief Executive Officer and President

# EXHIBIT A

## CORPORATE RESOLUTIONS



**WRITTEN RESOLUTION OF THE BOARD OF DIRECTORS OF DEVWORKS
INTERNATIONAL AUTHORIZING CHAPTER 7 BANKRUPTCY FILING AND
DISSOLUTION**

WHEREAS, DevWorks International, a nonprofit corporation organized in the District of
Columbia on August 25, 2011, and recognized as a tax-exempt organization under section
501(c)(3) of the Internal Revenue Code; and

WHEREAS, The Board of Directors has determined that due to financial distress directly
resulting from President Trump's Executive Order No. 14,169 on Reevaluating and Realigning
United States Foreign Aid (Jan. 20, 2025) and the resulting Stop/Suspension of Work Orders
issued from all USAID Missions upon the direction of Secretary Rubio on Jan. 24, 2025, and
subsequent award terminations, the Organization is no longer able to sustain its operations in a
manner consistent with its mission and fiduciary responsibilities; and

WHEREAS, The Board of Directors has considered available options, including financial
restructuring and merger opportunities, and has concluded that the organization is insolvent and
unable to continue its operations, and dissolution is in the best interests of the Organization and
its beneficiaries; and

WHEREAS, The Board has consulted with legal counsel, and has determined that the best course
of action is to file for Chapter 7 of the United States Bankruptcy Code, which will allow for an
orderly liquidation of the Organization's assets, settlement of debts, and formal dissolution in
compliance with state and federal laws;

NOW, THEREFORE, BE IT RESOLVED THAT:

1.  The Board of Directors hereby authorizes and directs the Organization to file for relief
    under Chapter 7 of the United States Bankruptcy Code.
2.  This resolution shall take immediate effect upon its adoption by the Board of Directors
    and shall remain in force until all dissolution actions are complete.

Resolved on February 24, 2025

*Demetria Arvanitis*
Demetria Arvanitis (Mar 4, 2025 17:10 EST)

Demetria Arvanitis, Chair

Emmy Simmons

*Emmy Simmons*
Emmy Simmons (Mar 4, 2025 16:18 EST)

John Glover

*John Glover*
John Glover (Mar 4, 2025 16:54 EST)

Martin Webber

*Martin Webber*
Martin Webber (Mar 5, 2025 12:26 EST)

DeAnn McGrew, President

**Fill in this information to identify the case and this filing:**

Debtor Name __DevWorks International__

United States Bankruptcy Court for the: _____ District of __Columbia__
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __4/4/2025__        ✗ __/s/ Archil Nikuradze__
MM / DD / YYYY              Signature of individual signing on behalf of debtor

__Archil Nikuradze__
Printed name

__Chief Financial Officer__
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  DevWorks International _____

United States Bankruptcy Court for the: _____ District of Columbia
                                                                                            (State)

Case number (If known): _____

❑ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**   **Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*..............................................................

      $Unknown

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*..............................................................

      $ 3,348,788.37

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*..............................................................

      $ 3,348,788.37

---

**Part 2:**   **Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...........................................

   $523,540.31

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...............................................

      $ Unknown

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ...............................................

      + $ 1,828,715.21

4. **Total liabilities**..................................................................................................
   Lines 2 + 3a + 3b

   $ 2,352,255.52

---

**Fill in this information to identify the case:**

Debtor name _DevWorks International_____

United States Bankruptcy Court for the:_____ District of _Columbia_____

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                 $ 0

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. See attached. | | ___ ___ ___ ___ | $ 38,840.84 |
| 3.2. | | ___ ___ ___ ___ | |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____     $_____
   4.2. _____     $_____

5. **Total of Part 1**                                                              $ 38,840.84

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. Bethesda Capital Properties, LLC  - Security deposit for office lease     $ 12,346.75
   7.2._____     $_____

Debtor  DevWorks International

Name _____  Case number (if known)_____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. See attached. _____  $ 25,471.20 _____

8.2._____  $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $ 37,817.95 _____

---

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

| 11a. 90 days old or less: | $3,232,614.35 face amount | – | $0 doubtful or uncollectible accounts | = ........ ➜ | $ 3,272,129.58 |
| 11b. Over 90 days old: | $95,846.50 face amount | – | $95,846.50 doubtful or uncollectible accounts | = ........ ➜ | $ 0 |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 3,272,129.58

---

## Part 4:  Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1. _____ | _____ | $_____ |
| 14.2. _____ | _____ | $_____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

| 15.1._____ | _____% | _____ | $_____ |
| 15.2._____ | _____% | _____ | $_____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1._____ | _____ | $_____ |
| 16.2._____ | _____ | $_____ |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor    DevWorks International _____    Case number *(if known)*_____
      Name

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

  ■ No. Go to Part 6.

  ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

                                                                                              $_____

24. **Is any of the property listed in Part 5 perishable?**

  ☐ No

  ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

  ☐ No

  ☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

  ☐ No

  ☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ■ No. Go to Part 7.

  ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

---

Debtor    DevWorks International
          _____    Case number _(if known)_ _____
          Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

■ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Desks, conference table, filing cabinets | $ 0 | _____ | $ Unknown |
| 40. **Office fixtures** N/A | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** 19 laptops, see attached for additional information | $ 5,135 | _____ | $ Unknown |
| 42. **Collectibles** _Examples:_ Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 N/A | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ Unknown

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor  DevWorks International _____  Case number *(if known)* _____
        Name

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Leased - Sharp MX-3570N ID #64257 Serial Number 65055090 | $ N/A | N/A | $ Unknown |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ Unknown

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor _____ DevWorks International _____ Case number *(if known)*_____
      Name

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 7514 Wisconsin Ave. Ste. 400, Bethesda, MD, 20814 | Lessee | $ N/A | N/A | $ Unknown |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ Unknown

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>Devworks.org website | $_____ | _____ | $ Unknown |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ Unknown

Debtor    DevWorks International _____    Case number *(if known)*_____
         Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

### Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

_____   _____ − _____ = ➜   $_____
                                          Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**
See attached. _____   $ Unknown

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

Nature of claim    _____
Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

Nature of claim    _____
Amount requested   $_____

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
See attached. _____   $ Unknown

_____   $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.   $ Unknown

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor  DevWorks International
 _____   Case number *(if known)* _____
  Name

---

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 38,840.84 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 37,817.95 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 3,272,129.58 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ N/A | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ Unknown | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ N/A | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ Unknown | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ N/A | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................➔ | | $ Unknown |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ Unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ Unknown | |
| 91. **Total.** Add lines 80 through 90 for each column............. 91a. | $ 3,348,788.37 | + 91b. $ Unknown |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................. $ 3,348,788.37

DevWorks International
Case No. _____

## SCHEDULE A/B: ASSETS — REAL AND PERSONAL PROPERTY
## ADDITIONAL PAGES

DevWorks International
Case No. _____

## Schedule A/B Question # 3

Checking, savings, money market, or financial brokerage accounts.

|  | Name of Institution | Type of Account | Last 4 Digits of Account Number | Current Value |
|---|---|---|---|---|
| 3.1 | Truist Bank | Checking | 9364 | $2,607.12 |
| 3.2 | Truist Bank | Checking | 0494 | $0.00 |
| 3.3 | Truist Bank | Saving | 6294 | $0.00 |
| 3.4 | Chase Bank | Checking | 1177 | $50.00 |
| 3.5 | Truist Bank | Saving | 6286 | $0.00 |
| 3.6 | EcoBank Mali | Checking | 3001 | $5,738.02 (XOF 3,451,418)[1] |
| 3.7 | Banco Industrial-Guatemala | Checking | 4402 | $0.00 |
| 3.8 | Nepal Investment MEGA Bank Ltd. | Checking | 0009 | $706.26 |
| 3.9 | Nepal Investment MEGA Bank Ltd. | Checking | 9477 | $29,739.44 (NPR 4,061,482.41)[2] |
|  |  |  | **TOTAL (USD)** | $38,840.84 |

---

[1]     The funds in this account are held in West African CFA Francs (XOF). As of April 3, 2025, the XOF 3,451,418 in this account was equivalent to approximately $5,738.02 USD.

[2]     The funds in this  account are held in  Nepalese Rupees (NPR). As of April 3, 2025, the NPR 4,061,482.41 in this account was equivalent to approximately $29,739.44 USD.

DevWorks International
Case No. _____

**Schedule A/B Question # 8**

|     | Description, Including Name of Holder of Prepayment | Amount |
|-----|------------------------------------------------------|--------|
| 8.1 | Traveler's Insurance - prepaid insurance premium for Crime/ERISA and fiduciary liability policy | $2,741.32 |
| 8.2 | Travelers Insurance - prepaid insurance premium for Cyber security policy | $875.53 |
| 8.3 | Unanet - ERP system subscription fee | $3,159.07 |
| 8.4 | HISCOX Insurance - prepaid insurance premium for Special Risk policy | $825.56 |
| 8.5 | Victor Insurance - prepaid insurance premium for D&O Liability policy | $1,074.75 |
| 8.6 | Victor Insurance - prepaid insurance premium for D&O Liability policy endorsement - 3 year ERP | $6,499.00 |
| 8.7 | Lighthouse Services - annual fee for the compliance hotline (paid through 9/24/2025) | $757.90 |
| 8.8 | Pub K Group - NGO financial newsletter annual subscription (paid through Aug 2025) | $425.00 |
| 8.9 | Humentum - annual membership (paid through Mar 31,2025) | $2,500.00 |
| 8.10 | SID -  membership (paid through 6/30/2025) | $2,650.00 |
| 8.11 | Devex - annual subscription (paid through 2/14/2026) | $430.92 |
| 8.12 | Zoho - annual subscription (paid through Feb 2026) | $2,760.00 |
| 8.13 | SAM registration renewal (paid through March 2026) | $549.00 |
| 8.14 | GoDaddy - devworks.org domain name renewal (paid through May 2025) | $23.17 |
| 8.15 | GoDaddy - standard SSL certificate renewal (paid through Jan 2026) | $199.98 |
|     | **TOTAL** | $25,471.20 |

DevWorks International
Case No. _____

## Schedule A/B Question # 41

| Asset Type | Model | Specifications | Purchase Date |
|---|---|---|---|
| Laptop | HP ProBook | Intel(R) Core(TM) i5-7200U CPU @ 2.50GHz | 3/13/2017 |
| Laptop | HP ProBook | Intel(R) Core(TM) i5-8265U CPU @ 1.60GHz | 12/28/2018 |
| Laptop | HP ProBook | Intel(R) Core(TM) i5-8265U CPU @ 1.60GHz | 7/11/2019 |
| Laptop | Lenovo | Intel(R) Core(TM) i7-8565U CPU @ 1.80GHz | 11/14/2019 |
| Laptop | Lenovo | Intel(R) Core(TM) i7-10510U CPU @ 1.80GHz | 7/1/2020 |
| Laptop | Lenovo | Intel(R) Core(TM) i7-10510U CPU @ 1.80GHz | 7/23/2020 |
| Laptop | Lenovo | Intel(R) Core(TM) i7-10510U CPU @ 1.80GHz | 5/13/2021 |
| Laptop | Lenovo | 11th Gen Intel(R) Core(TM) i7-1165G7 @ 2.80GHz | 10/25/2021 |
| Laptop | Lenovo | 11th Gen Intel(R) Core(TM) i7-1165G7 @ 2.80GHz | 10/25/2021 |
| Laptop | Lenovo | Intel(R) Core(TM) i7-10510U CPU @ 1.80GHz | 11/5/2021 |
| Laptop | Lenovo | 11th Gen Intel(R) Core(TM) i7-1185G7 @ 3.00GHz | 1/29/2022 |
| Laptop | Lenovo | 11th Gen Intel(R) Core(TM) i7-1185G7 @ 3.00GHz | 2/1/2022 |
| Laptop | Lenovo | 12th Gen Intel(R) Core(TM) i7-1260P | 8/17/2022 |
| Laptop | Lenovo | 11th Gen Intel(R) Core(TM) i7-1185G7 @ 3.00GHz | 4/1/2023 |
| Laptop | Lenovo | 11th Gen Intel(R) Core(TM) i7-1185G7 @ 3.00GHz | 5/26/2023 |
| Laptop | Lenovo | 11th Gen Intel(R) Core(TM) i7-1185G7 @ 3.00GHz | 8/10/2023 |
| Laptop | Lenovo | 12th Gen Intel(R) Core(TM) i7-1270P | 11/1/2023 |
| Laptop | Lenovo | 13th Gen Intel(R) Core(TM) i7-1365U | 3/21/2024 |
| Laptop | Lenovo | Intel(R) Core(TM) Ultra 7 155U | 7/16/2024 |

DevWorks International
Case No. _____

## Schedule A/B Question # 73

| Name of Insurer | Type of Insurance | Expiration | Value |
|---|---|---|---|
| CareFirst BlueCross BlueShield | Health Insurance (medical, dental, vision) for US employees | 4/30/2025 | Unknown |
| The Guardian Life Insurance Company of America | US Domestic Group Life & AD&D | 4/30/2025 | Unknown |
| The Guardian Life Insurance Company of America | Domestic Group Short-term (STD) and Long-term Disability (LTD) | 4/30/2025 | Unknown |
| WEX Health, Inc. | Domestic FSA, HAS, and Commuter Benefits | 4/30/2025 | Unknown |
| GeoBlue | International Group Health Insurance | 4/30/2025 | Unknown |
| Aflac | International Life, AD&D, and LTD | 4/30/2025 | Unknown |
| Arch Insurance Company | International Travel Insurance | 10/15/2025 | Unknown |
| Everest National Insurance Company / Victor Insurance Managers LLC | Directors & Officers/Employment Practices Liability Policy | 6/1/2028 | Unknown |
| Travelers Bond and Speciality Insurance Claim | Fiduciary Liability + CRISE/ERISA coverage | 6/1/2027 | Unknown |
| Travelers Bond and Speciality Insurance Claim | Risk Management PLUS+ Online (cyber policy) | 6/1/2025 | Unknown |
| Great American Insurance Company | Special Risk (Kidnap, Ransom, Extortion Policy) | 6/1/2025 | Unknown |
| Property & Casualty Insurance Company of Hartford | Workers Compensation Policy | Expired 3/28/2025 | Unknown |
| Continental Casualty Co. | Package Policy | Expired 3/28/2025 | Unknown |
| Continental Casualty Co. | Commercial Umbrella Policy | Expired 3/28/2025 | Unknown |
| ACE American Insurance Co. | International Package Policy | Expired 3/28/2025 | Unknown |

DevWorks International
Case No. _____

## Schedule A/B Question # 77

Interests in property not already listed

| Name of Contract Counterparty | Description of Debtor's Interest | Term Remaining |
|---|---|---|
| PayChex | Agreement for PayChex to provide Debtor with payroll processing services | No term; 30 day notice to terminate |
| Ocean Support | Agreement for Ocean Support to provide Debtor with IT services and access to licensed software | 6 months |
| Unanet | Agreement for Unanet to provide ERP system to Debtor | 2 months (through 5/31/2025) |
| Bill.com | Debtor has monthly subscription for payment processing service | Month-to-month |
| RISE | Agreement for RISE to provide HR services to Debtor | Through 7/4/2026 |
| Public Storage | Monthly storage agreement | Month-to-month, 2 day notice to terminate |
| Atlas | Agreement for Atlas to provide services as employer of record to Debtor | No end date, 60 day notice to terminate |
| Verizon | Agreement for Verizon to provide internet services to Debtor | 21 months |
| Diversity Travel | Agreement for Diversity Travel to provide booking assistance for staff | 3 months |
| Tetra Tech | Debtor is subcontractor, Tetra Tech holds primary contract (re: Water and Energy for Food) | Terminated |
| Tetra Tech | Debtor is subcontractor, Tetra Tech holds primary contract (re: Future Ghana Fisheries Recovery Activity) | Terminated |
| Central Café & Cacao | Debtor is subawardee, Central Café & Cacao is prime awardee (re: Peru Specialty Coffee Community Project) | Terminated |
| Friends in Village Development Bangladesh (FIVDB) | Debtor is subawardee, Friends in Village Development Bangladesh is prime awardee (re: Host and Impacted Community Activity) | Terminated |
| USAID/Mali | Cooperative Agreement regarding Sene Yiriwa project | Terminated |

DevWorks International
Case No. _____
Question #77 (cont).

| Name of Contract Counterparty | Description of Debtor's Interest | Term Remaining |
|---|---|---|
| USAID/Guatemala | Cooperative Agreement regarding Leveraging Economic Investment through Alliances project | Terminated |
| USAID/Bangladesh | Debtor is service provider re: Bangladesh Sustainable Aquaculture Activity | Terminated |

**Fill in this information to identify the case:**

Debtor name _____DevWorks International_____

United States Bankruptcy Court for the: _____ District of __Columbia__

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property       12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1** Creditor's name
US Small Business Administration

Describe debtor's property that is subject to a lien
Small business loan                     $ 523,540.31     $ 1,310,163

Creditor's mailing address
409 3rd St., SW
Washington, DC 20416

Describe the lien
Lien on accounts receivable

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

Date debt was incurred    1/24/2022

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number    9  1  0  1

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**2.2** Creditor's name

Describe debtor's property that is subject to a lien
                                        $_____     $_____

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 523,540.31

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | DevWorks International |
| United States Bankruptcy Court for the: | District of Columbia |
| | (State) |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** <br> Abraham Saye | | |

**2.1**

**Priority creditor's name and mailing address**
Abraham Saye

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Total claim: $ Unknown
Priority amount: $ Unknown

**Date or dates debt was incurred**
02/24/2025

**Basis for the claim:**
Severance and related payments under Malian law

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2**

**Priority creditor's name and mailing address**
Allaye Tembely

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Unknown
$ Unknown

**Date or dates debt was incurred**
2/25/2025

**Basis for the claim:**
Severance and related payments under Malian law

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.3**

**Priority creditor's name and mailing address**
Hamadoun Karambe

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Unknown
$ Unknown

**Date or dates debt was incurred**
2/25/2025

**Basis for the claim:**
Severance and related payments under Malian law

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor _____    Case number _(if known)_____
       Silvercorp International
       Name

| Part 1. | Additional Page |
|---------|-----------------|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**                **Priority amount**

---

**2.4** Priority creditor's name and mailing address

Jean Baptiste Coulibaly
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Unknown          $ Unknown

**Date or dates debt was incurred**
2/25/2025

**Basis for the claim:**
Severance and related payments under Malian law

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4_____)

---

**2.5** Priority creditor's name and mailing address

Karamoko Sanogo
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Unknown          $ Unknown

**Date or dates debt was incurred**
2/25/2025

**Basis for the claim:**
Severance and related payments under Malian law

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4_____)

---

**2.6** Priority creditor's name and mailing address

Mamadou Sogodogo
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Unknown          $ Unknown

**Date or dates debt was incurred**
2/25/2025

**Basis for the claim:**
Severance and related payments under Malian law

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4_____)

---

**2.7** Priority creditor's name and mailing address

Mariam Tamboura
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Unknown          $ Unknown

**Date or dates debt was incurred**
2/25/2025

**Basis for the claim:**
Severance and related payments under Malian law

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4_____)

---

Debtor _____    Case number _(if known)_____
        Devworks International
        Name

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

---

**2.8** Priority creditor's name and mailing address

Mariam Waigalo

$ Unknown    $Unknown

As of the petition filing date, the claim is:
_Check all that apply._
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
2/25/2025

**Basis for the claim:**
Severance and related payments under Malian law

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4_____)

---

**2.9** Priority creditor's name and mailing address

Mohamed Sadou

$Unknown    $ Unknown

As of the petition filing date, the claim is:
_Check all that apply._
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
2/25/2025

**Basis for the claim:**
Severance and related payments under Malian law

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4_____)

---

**2.10** Priority creditor's name and mailing address

Oumar Toure

$Unknown    $ Unknown

As of the petition filing date, the claim is:
_Check all that apply._
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
2/25/2025

**Basis for the claim:**
Severance and related payments under Malian law

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4_____)

---

**2.11** Priority creditor's name and mailing address

Oumou Dia

$ Unknown    $Unknown

As of the petition filing date, the claim is:
_Check all that apply._
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
2/25/2025

**Basis for the claim:**
Severance and related payments under Malian law

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4_____)

---

Debtor _____DevWorks International_____
          Name

_____ Case number (if known) _____

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

### 2.12  Priority creditor's name and mailing address

Seydou Ibrahima

2/25/2025

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Unknown    $ Unknown

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4___)

**Basis for the claim:**
Severance and related payments under Malian law

**Is the claim subject to offset?**
☒ No
☐ Yes

---

### 2.13  Priority creditor's name and mailing address

Sibiry Coulibaly

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Unknown    $ Unknown

**Date or dates debt was incurred**
2/25/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4___)

**Basis for the claim:**
Severance and related payments under Malian law

**Is the claim subject to offset?**
☒ No
☐ Yes

---

### 2.14  Priority creditor's name and mailing address

Sira Soumbounou

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Unknown    $ Unknown

**Date or dates debt was incurred**
2/25/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4___)

**Basis for the claim:**
Severance and related payments under Malian law

**Is the claim subject to offset?**
☒ No
☐ Yes

---

### 2.15  Priority creditor's name and mailing address

Zenga Ouattara

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown    $ Unknown

**Date or dates debt was incurred**
2/25/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4___)

**Basis for the claim:**
Severance and related payments under Malian law

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor ___DevWorks International_____ Case number *(if known)*_____
        Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
3ie International Initiative for Impact Evaluation

111 19th Street, Suite 700, Washington, DC, 20036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Outstanding Invoice

$ 15,705.90

**Date or dates debt was incurred** 3/5/2025
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
Akvo Foundation

Mindspace Dam, Nieuwezijds Voorburgwal 162, 1012 SJ

Amsterdam, The Netherlands

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Outstanding Invoice

$ 3,470.89

**Date or dates debt was incurred** 3/20/2025
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
ARIAS GUATEMALA, SERVICIOS JURÍDICOS, S.A

6ª Avenida 12-24, zona 10, Edificio HQ Fontabella, Nivel 8,

Ciudad de Guatemala, Guatemala

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Outstanding Invoice

$ 1,058.93

**Date or dates debt was incurred** 3/10/2025
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
Bangladesh Shrimp and Fish Foundation (BSFF)

Flat#A3, House# 14, Road# 13/C, Block-E, Banani,

Dhaka, Bangladesh

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Outstanding Invoice

$ 6,344.41

**Date or dates debt was incurred** 2/25/2025
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**
Bethesda Capital Properties, LLC

4520 East West Hwy, Suite 102, Bethesda, MD 20814

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lease

$ 90,000.00

**Date or dates debt was incurred** 12/2024
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
Centric Business Systems

PO Box 791790, Baltimore, MD, 21279

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Outstanding Invoice

$ 105.58

**Date or dates debt was incurred** 2/17/2025
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor _____DevWorks International_____    Case number _(if known)_ _____
　　　　　　Name

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7** Nonpriority creditor's name and mailing address

Chase (credit card)

7220 Wisconsin Ave, Bethesda, MD 20814

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ Liquidated and neither contingent nor disputed

Basis for the claim: Credit card balance

Date or dates debt was incurred    3/20/2025
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$85,812.55

---

**3.8** Nonpriority creditor's name and mailing address

Corpora-Gov LLC

7206 Oakridge Ave. Chevy Chase MD 20815

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Outstanding Invoice

Date or dates debt was incurred    2/7/2025
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$58,565.63

---

**3.9** Nonpriority creditor's name and mailing address

Corpora-Gov LLC

7206 Oakridge Ave. Chevy Chase MD 20815

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Outstanding Invoice

Date or dates debt was incurred    2/26/2025
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$30,868.17

---

**3.10** Nonpriority creditor's name and mailing address

CRS

228 W. Lexington St. Baltimore, MD, 21201

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Outstanding Invoice

Date or dates debt was incurred    3/11/2025
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$836,948.79

---

**3.11** Nonpriority creditor's name and mailing address

CRS

228 W. Lexington St. Baltimore, MD, 21201

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Outstanding Invoice

Date or dates debt was incurred    3/6/2025
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$4,710.98

---

Debtor _____DevWorks International_____    Case number _(if known)_ _____
   Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12  Nonpriority creditor's name and mailing address**

Crystal Springs

200 Eagles Landing Blvd, Lakeland, FL 33810

Date or dates debt was incurred    3/24/2025

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ Liquidated and neither contingent nor disputed

**Basis for the claim:** Outstanding Invoice

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 60.84

---

**3.13  Nonpriority creditor's name and mailing address**

FIVDB

Khadimnagar, Sylhet-3103,

Bangladesh

Date or dates debt was incurred    3/11/2025

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Outstanding Invoice

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 317,830.94

---

**3.14  Nonpriority creditor's name and mailing address**

Fundesa

16 Calle 3-17 Zona 10

Guatemala City, Guatemala

Date or dates debt was incurred    1/27/2025

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Outstanding Invoice

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 9,551.74

---

**3.15  Nonpriority creditor's name and mailing address**

GESTIONABIEN GUATEMALA, S.A.

6ª Avenida 12-24, zona 10, Edificio HQ Fontabella, Oficina 601,

Nivel 6, Ciudad de Guatemala, Guatemala

Date or dates debt was incurred    3/11/2025

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Outstanding Invoice

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 3,040.00

---

**3.16  Nonpriority creditor's name and mailing address**

Good Growth Ventures - Maeve Quigley

Zeeburgerpad 180, 1019DZ,

Amsterdam, The Netherlands

Date or dates debt was incurred    3/4/2025

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Outstanding Invoice

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 3,757.68

---

Debtor _____DevWorks International_____
     Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** **Nonpriority creditor's name and mailing address**

Good Growth Ventures - Maeve Quigley

Zeeburgerpad 180, 1019DZ,

Amsterdam, The Netherlands

Date or dates debt was incurred    3/4/2025

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ Liquidated and neither contingent nor disputed

**Basis for the claim:** Outstanding Invoice

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,175.20

---

**3.18** **Nonpriority creditor's name and mailing address**

Impact Hub

ACI 2000, BP E : 1355,

Bamako, Mali

Date or dates debt was incurred    3/20/2025

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Outstanding Invoice

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,472.40

---

**3.19** **Nonpriority creditor's name and mailing address**

Innovision Consulting Private Limited

Level 3&4, House 26, Road 6, Pragati Sharani, Block J Baridhara,

Dakha, Bangladesh

Date or dates debt was incurred    3/5/2025

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Outstanding Invoice

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,341.65

---

**3.20** **Nonpriority creditor's name and mailing address**

Internal Revenue Service

PO Box 7346

Philadelphia, PA  19101-7346

Date or dates debt was incurred    3/31/2025

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Outstanding Invoice

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 93,368.68

---

**3.21** **Nonpriority creditor's name and mailing address**

Internal Revenue Service

PO Box 7346

Philadelphia, PA  19101-7346

Date or dates debt was incurred    3/31/2025

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Outstanding Invoice

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,409.81

---

Debtor  DevWorks International  Case number *(if known)*_____
     Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22  Nonpriority creditor's name and mailing address**

Mohammed Shamsul Kabir

House-17, Flat-C2, Road-9, Sector-4, Uttara,

Dhaka-1230, Bangladesh

**Date or dates debt was incurred**  3/1/2025

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ Liquidated and neither contingent nor disputed

**Basis for the claim:**  Outstanding Invoice

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,859.00

---

**3.23  Nonpriority creditor's name and mailing address**

Ocean Solutions

20130 Lakeview Center Plaza, Suite 120 Ashburn, VA 20147

**Date or dates debt was incurred**  3/31/2025

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Outstanding Invoice

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,168.39

---

**3.24  Nonpriority creditor's name and mailing address**

Public Storage

5423 Butler Road, Bethesda, MD, 20816

**Date or dates debt was incurred**  3/12/2025

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Outstanding Invoice

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 426.00

---

**3.25  Nonpriority creditor's name and mailing address**

RISE Talent Solutions LLC

2811 Gi2811 Gibson Oaks Drive, Herndon, VA 20171

**Date or dates debt was incurred**  4/2/2025

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Outstanding Invoice

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,125.00

---

**3.26  Nonpriority creditor's name and mailing address**

Sahel Eco

Street 402, Gate 9,

Bamako, Mali

**Date or dates debt was incurred**  3/20/2025

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Outstanding Invoice

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 43,569.90

---

Debtor    Dewberry International                                      Case number (if known) _____
          Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.27**  **Nonpriority creditor's name and mailing address**

Tassaght

BP 32, Gao, Mali

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Outstanding Invoice

$ 18,426.40

**Date or dates debt was incurred**  3/20/2025

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.28**  **Nonpriority creditor's name and mailing address**

Tigo Business

Kim 9.5 Carretera a El Salvador, Plaza Tigo, Sta Catarina Pinula

Guatamala, 01052

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Outstanding Invoice

$ 5,676.99

**Date or dates debt was incurred**  3/11/2025

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.29**  **Nonpriority creditor's name and mailing address**

Truist (credit card)

12097 Rockville Pike, Rockville, MD 20852

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit card balance

$ 42,906.08

**Date or dates debt was incurred**  3/4/2025

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.30**  **Nonpriority creditor's name and mailing address**

US Bank Equipment Finance

PO Box 790448, St Louise, MO, 63179-0448

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Outstanding Invoice

$ 965.20

**Date or dates debt was incurred**  2/14/2025

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.31**  **Nonpriority creditor's name and mailing address**

Verizon

1 Verizon Way, Basking Ridge, NJ 07920 USA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Outstanding Invoice

$ 14,964.96

**Date or dates debt was incurred**  3/20/2025

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor _____Devaiowie International_____     Case number *(if known)*_____
         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.32**

**Nonpriority creditor's name and mailing address**

VIAMO PBC

1701 Rhode Island Avenue NW, Washington, DC, 20036

Date or dates debt was incurred   12/31/2024

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Outstanding Invoice

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,455.09

---

**3.33**

**Nonpriority creditor's name and mailing address**

VIAMO PBC

1701 Rhode Island Avenue NW, Washington, DC, 20036

Date or dates debt was incurred   2/17/2025

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Outstanding Invoice

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,446.38

---

**3.34**

**Nonpriority creditor's name and mailing address**

VIAMO PBC

1701 Rhode Island Avenue NW, Washington, DC, 20036

Date or dates debt was incurred   3/11/2025

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Outstanding Invoice

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 55,125.05

---

**3.___**

**Nonpriority creditor's name and mailing address**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

**3.___**

**Nonpriority creditor's name and mailing address**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

Debtor ___SewWorks International_____   Case number _(if known)_____
         Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1.** Direction Regionale Du Travail, Marche Dibida<br>100 m cote Quest Recettes Generales Du District<br>Rue MAGE, Porte 380<br>Bamako, Mali | Line _2.1 through 2.15_<br>☐ Not listed. Explain _____ | __ __ __ __ |
| **4.2.** Cabinet Juri-Partner, ATTN: Djaminatou Diallo<br>199, Rue 109 Badala SEMA II<br>BP.E 5354<br>Bamako, Mali<br>Email: djaminatou@juripartner.com | Line _2.1 through 2.15_<br>☐ Not listed. Explain _____ | __ __ __ __ |
| **4.3.** | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| **4.4.** | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| **41.** | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| **4.5.** | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| **4.6.** | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| **4.7.** | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| **4.8.** | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| **4.9.** | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| **4.10.** | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| **4.11.** | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor   DevWorks International
_____
Name

Case number (if known)_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ Unknown |
| 5b. **Total claims from Part 2** | 5b. | + | $ 1,828,715.21 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 1,828,715.21 |

**Fill in this information to identify the case:**

Debtor name  DevWorks International

United States Bankruptcy Court for the: _____ District of  Columbia
(State)

Case number (If known):  _____  Chapter  _7_

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest — Payroll processing provider<br><br>State the term remaining — No term; 30 day notice to terminate<br><br>List the contract number of any government contract | Paychex<br>20 F Street NW<br>Floor 7<br>Washington, DC 20001 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest — IT service provider; provides software and services<br><br>State the term remaining — 6 months<br><br>List the contract number of any government contract | Ocean Support Solutions<br>20130 Lakeview Center Plaza<br>Suite 120<br>Ashburn, VA 20147 |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest — ERP system provider<br><br>State the term remaining — 2 months<br><br>List the contract number of any government contract | Unanet<br>22970 Indian Creek Drive<br>#200<br>Dulles, VA 20166 |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest — Payment processing platform; monthly subscription<br><br>State the term remaining — Month-to-month<br><br>List the contract number of any government contract | Bill.Com<br>6220 America Center Drive<br>Suite 100<br>San Jose, CA 95002 |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest — HR service provider<br><br>State the term remaining — Through 7/4/26<br><br>List the contract number of any government contract | RISE Talent Solutions, LLC<br>2811 Gibson Oaks Dr<br>Herdon, VA 20171 |

| Debtor | DevWorks International | Case number *(if known)* |
|---|---|---|
| | Name | |

## ▮ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.6**
State what the contract or lease is for and the nature of the debtor's interest: External storage for documents and files; monthly charge.
State the term remaining: Month-to-month, 2 day notice to terminate
List the contract number of any government contract:

Public Storage
5423 Butler Road
Bethesda, MD 20816

**2.7**
State what the contract or lease is for and the nature of the debtor's interest: Employer of Record service provider
State the term remaining: No end date, 60 day notice to terminate
List the contract number of any government contract:

Atlas Technology Solutions, Inc.
1 North Franklin St, Suite 2600
Chicago, IL 60606

**2.8**
State what the contract or lease is for and the nature of the debtor's interest: Internet service provider for office
State the term remaining: 21 Months
List the contract number of any government contract:

Verizon
Attn: Verizon Business Services
10000 Park Meadows Dr
Lone Tree, CO 80124

**2.9**
State what the contract or lease is for and the nature of the debtor's interest: Travel agent
State the term remaining: 3 months
List the contract number of any government contract:

Diversity Travel
1101 Wilson Boulevard
6th Floor
Arlington, VA 22209

**2.10**
State what the contract or lease is for and the nature of the debtor's interest: Devworks under subcontract to Tetra Tech re: Water and Energy for Food
State the term remaining: Terminated
List the contract number of any government contract:

Tetra Tech
159 Bank Street
Suite 300
Burlington, VT 05401

**2.11**
State what the contract or lease is for and the nature of the debtor's interest: Devworks under subcontract to Tetra Tech re: Ghana Fisheries Recovery Activity
State the term remaining: Terminated
List the contract number of any government contract:

Tetra Tech
159 Bank Street
Suite 300
Burlington, VT 05401

**2.12**
State what the contract or lease is for and the nature of the debtor's interest: DevWorks is subawardee to FIVDB re: Host and Impacted Community Activity
State the term remaining: Terminated
List the contract number of any government contract:

Friends in Village Development Bangladesh (FIVDB)
P.O Box No. 70
Sylhet-3100 Khadimnagar, Sylhet, 3103
BANGLADESH

| Debtor | DevWorks International | Case number *(if known)* |
|---|---|---|
| | Name | |



## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**213**

State what the contract or lease is for and the nature of the debtor's interest
DevWorks is subawardee to CCC re: Peru Specialty Coffee Community Project

State the term remaining
Terminated

List the contract number of any government contract

Central Café & Cacao (CCC)
Calle Enrique Villar 103
Lima, Cercado
15072
PERU

**214**

State what the contract or lease is for and the nature of the debtor's interest
Sene Yiriwa project (Cooperative Agreement)

State the term remaining
Terminated

List the contract number of any government contract

USAID/Mali
Bamako Place - AAO
1300 Pennsylvania Avenue
Washington, D.C. 20523-2050

**215**

State what the contract or lease is for and the nature of the debtor's interest
Leveraging Economic Investment through Alliances project (Cooperative Agreement)

State the term remaining
Terminated

List the contract number of any government contract

USAID/Guatemala
USAID/El Salvador
3450 San Salvador Place
Washington, D.C. 20521-3450

**216**

State what the contract or lease is for and the nature of the debtor's interest
Bangladesh Sustainable Aquaculture Activity (Contract)

State the term remaining
Terminated

List the contract number of any government contract

USAID/Bangladesh
Madani Avenue, Baridhara
Dhaka 1212
BANGLADESH

**217**

State what the contract or lease is for and the nature of the debtor's interest
Office space (lessee)

State the term remaining
13 months

List the contract number of any government contract

Bethesda Capital Properties, LLC
4520 East West Hwy
Suite 102
Bethesda, MD 20814

**218**

State what the contract or lease is for and the nature of the debtor's interest
Health Insurance (medical, dental, vision) for US employees

State the term remaining
Through 4/30/2025

List the contract number of any government contract

CareFirst BlueCross BlueShield
840 First St, NE
Washington, DC 20065

**219**

State what the contract or lease is for and the nature of the debtor's interest
US Domestic Group Life & AD&D

State the term remaining
Through 4/30/2025

List the contract number of any government contract

The Guardian Life Insurance Company of America
10 Hudson Yards
New York, NY 10001

| Debtor | DevWorks International | Case number *(if known)* _____ |
|---|---|---|
| | <sub>Name</sub> | |

## ▊ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.20** State what the contract or lease is for and the nature of the debtor's interest | Domestic Group Short-term (STD) and Long-term Disability (LTD) | The Guardian Life Insurance Company of America<br>10 Hudson Yards<br>New York, NY 10001 |
| State the term remaining<br>List the contract number of any government contract | | |
| **2.21** State what the contract or lease is for and the nature of the debtor's interest | Domestic FSA, HAS,& Commuter Benefits | WEX Health, Inc.<br>700 26th Ave E.<br>West Fargo, ND 58078 |
| State the term remaining<br>List the contract number of any government contract | Through 4/30/2025 | |
| **2.22** State what the contract or lease is for and the nature of the debtor's interest | International Group Health Insurance | GeoBlue<br>C/O Worldwide Insurance Services, LLC<br>933 First Ave, King of Prussia, PA 19406 |
| State the term remaining<br>List the contract number of any government contract | Through 4/30/2025 | |
| **2.23** State what the contract or lease is for and the nature of the debtor's interest | International Life, AD&D, and LTD | Aflac<br>C/O Continental American Insurance Company<br>PO Box 740272, Atlanta, GA 30374-0272 |
| State the term remaining<br>List the contract number of any government contract | Through 4/30/2025 | |
| **2.24** State what the contract or lease is for and the nature of the debtor's interest | International Travel Insurance | Arch Insurance Company<br>Executive Plaza IV, 11350 McCormick Rd.<br>Suite 102<br>Hunt Valley, MD 21031 |
| State the term remaining<br>List the contract number of any government contract | Through 10/15/2025 | |
| **2.25** State what the contract or lease is for and the nature of the debtor's interest | Directors & Officers/Employment Practices Liability Policy | Everest National Insurance Co./ Victor Insurance Managers LLC<br>100 Everest Way<br>Warren, NJ 07059 |
| State the term remaining<br>List the contract number of any government contract | Through 6/1/2028 | |
| **2.26** State what the contract or lease is for and the nature of the debtor's interest | Fiduciary Liability + CRISE/ERISA coverage | Travelers Bond and Speciality Insurance Claim<br>PO Box 2989<br>Hartford, CT 06104-2989 |
| State the term remaining<br>List the contract number of any government contract | Through 6/1/2027 | |

| Debtor | DevWorks International | Case number *(if known)* _____ |
|---|---|---|
| | Name | |



## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.27**

State what the contract or lease is for and the nature of the debtor's interest: Risk Management PLUS+ Online

State the term remaining: Through 6/1/2025

List the contract number of any government contract:

Travelers Bond and Speciality Insurance Claim
PO Box 2989
Hartford, CT 06104-2989

---

**2.28**

State what the contract or lease is for and the nature of the debtor's interest: Special Risk (Kidnap, Ransom, Extortion Policy)

State the term remaining: Through 6/1/2025

List the contract number of any government contract:

Great American Insurance Company
C/O Hiscox Inc.
5 Concourse Parkway
Suite 2150
Atlanta, GA 30328

---

**2.29**

State what the contract or lease is for and the nature of the debtor's interest: Workers Compensation Policy

State the term remaining: Expired 3/28/2025

List the contract number of any government contract:

Property & Casualty Insurance Company of Hartford
3600 Wiseman Blvd
San Antonio, TX 78251

---

**2.30**

State what the contract or lease is for and the nature of the debtor's interest: Package Policy Insurance

State the term remaining: Expired 3/28/2025

List the contract number of any government contract:

Continental Casualty Co.
151 N Franklin
Chicago, IL 60606

---

**2.31**

State what the contract or lease is for and the nature of the debtor's interest: Commercial Umbrella Insurance Policy

State the term remaining: Expired 3/28/2025

List the contract number of any government contract:

Continental Casualty Co.
151 N Franklin
Chicago, IL 60606

---

**2.32**

State what the contract or lease is for and the nature of the debtor's interest: International Package Insurance Policy

State the term remaining: Expired 3/28/2025

List the contract number of any government contract:

ACE American Insurance Co.
C/O Chubb Global Casualty
Routing 1275-2W
One Beaver Valley Road
Wilmington, DE 19803

---

**2.__**

State what the contract or lease is for and the nature of the debtor's interest:

State the term remaining:

List the contract number of any government contract:

| Fill in this information to identify the case: |
| --- |

Debtor name __DevWorks International__

United States Bankruptcy Court for the: _____ District of __Columbia__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From 1/1/2025<br>MM / DD / YYYY | to  Filing date | ☑ Operating a business<br>☐ Other _____ | $2,307,759 |
| For prior year: | From 1/1/2024<br>MM / DD / YYYY | to 12/31/2024<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $8,836,946 |
| For the year before that: | From 1/1/2023<br>MM / DD / YYYY | to 12/31/2023<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $9,398,678 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From 1/1/2025<br>MM / DD / YYYY | to  Filing date | Interest | $13,157 |
| For prior year: | From 1/1/2024<br>MM / DD / YYYY | to 12/31/2024<br>MM / DD / YYYY | Bank interest and credit card reward | $11,467 |
| For the year before that: | From 1/1/2023<br>MM / DD / YYYY | to 12/31/2023<br>MM / DD / YYYY | Interest, cash reward | $36,156 |

| Debtor | DevWorks International | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | See attached. | _____ | $_____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State     ZIP Code | _____ | | ☐ Other _____ |
| 3.2. | | | $_____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State     ZIP Code | _____ | | ☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See attached. | _____ | $_____ | _____ |
| | Insider's name | | | _____ |
| | Street | _____ | | _____ |
| | | _____ | | |
| | City          State     ZIP Code | _____ | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 4.2. | | | $_____ | _____ |
| | Insider's name | _____ | | _____ |
| | Street | | | _____ |
| | | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| Debtor | DevWorks International | Case number *(if known)* |
|---|---|---|
| | Name | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| City          State     ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City          State          ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City          State          ZIP Code | |

| Debtor | DevWorks International | Case number (if known) |
|--------|------------------------|------------------------|
| | Name | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Custodian's name and address | Description of the property | Value |
|------------------------------|----------------------------|-------|
| _____ Custodian's name | _____ | $ _____ |
| _____ Street | **Case title** _____ | **Court name and address** _____ Name |
| _____ City          State     ZIP Code | **Case number** _____ | _____ Street |
| | **Date of order or assignment** _____ | _____ City          State     ZIP Code |

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|-------------------------------------------|-------------|-------|
| 9.1. Hamadoun Karambe _____ Recipient's name | See attached. _____ | 4/25/2023 _____ | $ 2,225 |
| _____ Street | _____ | | |
| Bamako,  Mali _____ City          State     ZIP Code | | | |
| **Recipient's relationship to debtor** Field office employee _____ | | | |
| 9.2. _____ Recipient's name | _____ | _____ | $ _____ |
| _____ Street | _____ | | |
| _____ City          State     ZIP Code | | | |
| **Recipient's relationship to debtor** _____ | | | |

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|------------------------------------------------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------|------------------------|
| _____ _____ | _____ | _____ | $ _____ |

Debtor ___DevWorks International_____    Case number *(if known)*_____
                Name

---

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City           State      ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City           State      ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | | | |
| _____ | _____ | | |

| Debtor | DevWorks International | Case number *(if known)* |
|---|---|---|
| | Name | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | See attached | | | $_____ |
| | **Address** | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |
| 13.2. | **Who received transfer?** | | | $_____ |
| | | | | |
| | **Address** | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |

---

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | Street | | From _____ | To _____ |
| | City          State     ZIP Code | MD | | |
| 14.2. | Street | | From _____ | To _____ |
| | City          State     ZIP Code | | | |

| | |
|---|---|
| Debtor | DevWorks International |
| | Name |

Case number (if known) _____

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____ <br> Facility name <br><br> _____ <br> Street <br><br> _____ <br> City    State    ZIP Code | _____ <br> _____ <br><br> **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. <br> _____ | _____ <br><br> **How are records kept?** <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____ <br> Facility name <br><br> _____ <br> Street <br><br> _____ <br> City    State    ZIP Code | _____ <br> _____ <br><br> **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. <br> _____ | _____ <br><br> **How are records kept?** <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?

   ☐ No

   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☑ Yes. Fill in below:

   | Name of plan | Employer identification number of the plan |
   |---|---|
   | DevWorks International 401(k) Plan | EIN: 90-0756603 |

   Has the plan been terminated?

   ☐ No

   ☑ Yes

---

| | |
|---|---|
| Debtor | DevWorks International |
| | Name |

Case number *(if known)* _____

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Chase Bank <br> Name <br> 12097 Rockville Pike <br> Street <br><br> Rockville   MD   20852 <br> City   State   ZIP Code | XXXX– 9 5 0 3 | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☑ Other CD | 7/25/2024 | $ 104,121.33 |
| 18.2. | Chase Bank <br> Name <br><br> Street <br> 12097 Rockville Pike <br> Rockville   MD   20852 <br> City   State   ZIP Code | XXXX– 9 5 0 4 | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☑ Other CD | 7/15/2024 | $ 103,422.89 |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name <br><br> Street <br><br> City   State   ZIP Code | <br><br> Address | | ☐ No <br> ☐ Yes |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Public Storage <br> Name <br> 5423 Butler Road, C379 <br> Street <br> Bethesda   MD   20816 <br> City   State   ZIP Code | Archil Nikuradze <br><br> Address | Old files | ☐ No <br> ☐ Yes |

| Debtor | DevWorks International | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

Debtor _____DevWorks International_____     Case number (if known)_____
                   Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | _____ |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

|  | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name<br>Street<br>City          State          ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br><br>From _____   To _____ |
| 25.2. | Name<br>Street<br>City          State          ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br><br>From _____   To _____ |
| 25.3. | Name<br>Street<br>City          State          ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br><br>From _____   To _____ |

| Debtor | DevWorks International | Case number (*if known*) |
|---|---|---|
| | Name | |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** Eddine Mureke<br>Name<br>5844 Edson Lane<br>Street<br><br>Rockville          MD       20852<br>City                State        ZIP Code | From Aug 2022   To Jan 2025 |

| Name and address | Dates of service |
|---|---|
| **26a.2.** Tesfu Ghebrehiwot<br>Name<br>3007 Dylan Drive<br>Street<br><br>Wylie        TX      75098<br>City                State        ZIP Code | From Jul 2019   To Jan 2025 |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** CBIZ<br>Name<br>1899 L Street, NW, Suite 850<br>Street<br><br>Washington          DC       20036<br>City                State        ZIP Code | From 2014   To Present |

| Name and address | Dates of service |
|---|---|
| **26b.2.**<br>Name<br><br>Street<br><br>City                State        ZIP Code | From _____   To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** Archil Nikuradze<br>Name<br>9207 Lundigan Court<br>Street<br><br>Bethesda          MD       20817<br>City                State        ZIP Code | _____<br>_____<br>_____ |

Debtor    DevWorks International
          Name

Case number (if known)_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. Jieming Ma _____ <br> Name <br> 7299 Copper Sky Way _____ <br> Street | _____ <br> _____ <br> _____ |
| Castle Pines _____ CO ____ 80108 <br> City _____ State ____ ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. See attached. _____ <br> Name <br> _____ <br> Street <br> _____ <br> City _____ State ____ ZIP Code |

| Name and address |
|---|
| 26d.2. _____ <br> Name <br> _____ <br> Street <br> _____ <br> City _____ State ____ ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____ <br> Name <br> _____ <br> Street <br> _____ <br> City _____ State ____ ZIP Code |

Debtor    DevWorks International _____    Case number *(if known)* _____
          Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2. _____
      Name

      _____
      Street

      _____
      City                              State      ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| See attached. | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Nancy Bradley | 13914 Yarbrough Court, Fredericksburg, VA 22407 | Board of Directors | From 10/18 To 11/24 |
| Kenneth Lanza | 10521 Elmenden Ct, Oakton, VA 22124 | Board of Directors | From 10/14 To 11/24 |
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. See attached. | _____ | _____ | _____ |
| Name | | | |
| _____ | | | |
| Street | | _____ | |
| _____ | | | |
| City          State      ZIP Code | | _____ | |
| Relationship to debtor | | | |
| _____ | | _____ | |

Debtor    DevWorks International _____    Case number (*if known*)_____
            Name

| Name and address of recipient | | | |
|---|---|---|---|
| 30.2 | | _____ | _____ |
| | Name | | _____ |
| | Street | | _____ |
| | _____ | | |
| | City            State       ZIP Code | | _____ |
| Relationship to debtor | | | _____ |
| | _____ | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    04/04/2025
              MM  /  DD  / YYYY

✖ /s/ Archil Nikuradze _____    Printed name  Archil Nikuradze _____
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor    Chief Financial Officer _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

DevWorks International
Case No. _____

## STATEMENT OF FINANCIAL AFFAIRS
## ADDITIONAL PAGES

DevWorks International
Case No. _____

## SOFA Question #3

Certain payments or transfers to creditors within 90 days before filing this case.

|  | Creditor's Name | Address | Dates | Total Amount | Reason for Payment |
|---|---|---|---|---|---|
| 3.1 | CBIZ CPAs P.C | 1899 L Street, NW, Suite 850, Washington, DC 20036 | 1/16/2025 | $16,328.00 | Services |
| 3.2 | Erin Hughes | 4138 Laurel Ave, Oakland, CA, 94602 | 2/11/2025 | $46,125.00 | Services |
| 3.3 | Avallon LLC | 4514 Den Haag Rd,Warrenton, VA 20187 | 3/26/2025 | $9,116.25 | Services |
|  |  |  | 1/9/2025 |  |  |
| 3.4 | Bethesda Capital Properties, LLC | 4520 East West Hwy, Suite 102, Bethesda, MD 20814 | 1/31/2025 | $6,815.00 | Other-landlord |
| 3.5 | Carefirst | 840 First Street, N.E. Washington, DC 20065 | 3/28/2025 | $70,929.62 | Vendors or suppliers |
|  |  |  | 2/28/2025 |  |  |
|  |  |  | 1/31/2025 |  |  |
| 3.6 | Corpora-Gov LLC | 7206 Oakridge Ave. Chevy Chase MD 20815 | 2/6/2025 | $52,833.26 | Other-Subrecipient |
| 3.7 | Dan Norell | 9707 Glen Ave, Silver Spring, MD 20910 | 2/13/2025 | $6,337.38 | Services |
| 3.8 | David Martin Roche | PO Box 1977 White Salmon, WA 97672 | 2/13/2025 | $7,725.00 | Services |
|  |  |  | 1/31/2025 |  |  |
| 3.9 | Fundesa | 10 Calle 3-17 zona 10, Guatemala | 2/18/2025 | $8,506.65 | Other-Subrecipient |
| 3.10 | Juri Partner | 199, Rue 109 Badalabougou BP. E 5354Badalabougou, Bamako, Mali | 2/27/2025 | $7,678.00 | Services |
| 3.11 | Maeve Quigley | 403 Pine Run Road, Doylestown, PA 18901 United States | 2/13/2025 | $47,804.00 | Services |
|  |  |  | 1/13/2025 |  |  |

DevWorks International
Case No. _____
SOFA Question #3 (cont.)

| | Creditor's Name | Address | Dates | Total Amount | Reason for Payment |
|---|---|---|---|---|---|
| 3.12 | Mohammed Bappy Shahrier | SEL Camellia Flat # 7E, 24/3 College Road, Parboti Nagar, Savar, Dhaka, Bangladesh | 2/20/2025 | $7,624.66 | Services |
| | | | 1/21/2025 | | |
| 3.13 | RISE - Alamelu Deivanayagam | 2811 Gibson Oaks Drive, Herndon, VA 20171 | 3/26/2025 | $12,858.00 | Services |
| 3.14 | VIAMO | 1701 Rhode Island Avenue NW, USA | 1/23/2025 | $13,016.00 | Other-Subrecipient |
| 3.15 | Ocean Solutions | 20130 Lakeview Center Plaza, Suite 120 Ashburn, VA 20147 USA | 3/28/2025 | $22,688.65 | Services |
| | | | 1/31/2025 | | |

DevWorks International
Case No. _____

**SOFA Question #4**

Payments or other transfers of property made within 1 year before filing this case that benefited any insider.

|  | Name | Total Amount Transferred | Date | Reason for Providing the Value |
|---|---|---|---|---|
| 4.1 | DeAnn McGrew | $244,505.16 | 4/2/2025 | Salary/Compensation |
|  |  |  | 3/28/2025 | Salary/Compensation |
|  |  |  | 3/28/2025 | Salary/Compensation |
|  |  |  | 3/14/2025 | Salary/Compensation |
|  |  |  | 2/28/2025 | Salary/Compensation |
|  |  |  | 2/14/2025 | Salary/Compensation |
|  |  |  | 1/31/2025 | Salary/Compensation |
|  |  |  | 1/17/2025 | Salary/Compensation |
|  |  |  | 1/3/2025 | Salary/Compensation |
|  |  |  | 12/20/2024 | Salary/Compensation |
|  |  |  | 12/6/2024 | Salary/Compensation |
|  |  |  | 11/22/2024 | Salary/Compensation |
|  |  |  | 11/8/2024 | Salary/Compensation |
|  |  |  | 10/25/2024 | Salary/Compensation |
|  |  |  | 10/11/2024 | Salary/Compensation |
|  |  |  | 9/27/2024 | Salary/Compensation |
|  |  |  | 9/13/2024 | Salary/Compensation |
|  |  |  | 9/12/2024 | 401k employer 7.5% discretionary contribution |
|  |  |  | 8/30/2024 | Salary/Compensation |
|  |  |  | 8/16/2024 | Salary/Compensation |
|  |  |  | 8/2/2024 | Salary/Compensation |
|  |  |  | 7/19/2024 | Salary/Compensation |
|  |  |  | 7/5/2024 | Salary/Compensation |
|  |  |  | 6/21/2024 | Salary/Compensation |
|  |  |  | 6/7/2024 | Salary/Compensation |
|  |  |  | 5/24/2024 | Salary/Compensation |
|  |  |  | 5/10/2024 | Salary/Compensation |
|  |  |  | 4/26/2024 | Salary/Compensation |
|  |  |  | 4/12/2024 | Salary/Compensation |
| 4.2 | Archil Nikuradze | $284,179.35 | 4/2/2025 | Salary/Compensation |
|  |  |  | 3/28/2025 | Salary/Compensation |
|  |  |  | 3/28/2025 | Salary/Compensation |
|  |  |  | 3/14/2025 | Salary/Compensation |

DevWorks International
Case No. _____
SOFA Question #4 (cont.)

| | Name | Total Amount Transferred | Date | Reason for Providing the Value |
|---|---|---|---|---|
| 4.2 cont. | Archil Nikuradze cont. | | 2/28/2025 | Salary/Compensation |
| | | | 2/14/2025 | Salary/Compensation |
| | | | 1/31/2025 | Salary/Compensation |
| | | | 1/17/2025 | Salary/Compensation |
| | | | 1/3/2025 | Salary/Compensation |
| | | | 12/20/2024 | Salary/Compensation |
| | | | 12/6/2024 | Salary/Compensation |
| | | | 11/22/2024 | Salary/Compensation |
| | | | 11/8/2024 | Salary/Compensation |
| | | | 10/25/2024 | Salary/Compensation |
| | | | 10/11/2024 | Salary/Compensation |
| | | | 9/27/2024 | Salary/Compensation |
| | | | 9/13/2024 | Salary/Compensation |
| | | | 9/12/2024 | 401k employer 7.5% discretionary contribution |
| | | | 8/30/2024 | Salary/Compensation |
| | | | 8/16/2024 | Salary/Compensation |
| | | | 8/2/2024 | Salary/Compensation |
| | | | 7/19/2024 | Salary/Compensation |
| | | | 7/5/2024 | Salary/Compensation |
| | | | 6/21/2024 | Salary/Compensation |
| | | | 6/7/2024 | Salary/Compensation |
| | | | 5/24/2024 | Salary/Compensation |
| | | | 5/10/2024 | Salary/Compensation |
| | | | 4/26/2024 | Salary/Compensation |
| | | | 4/12/2024 | Salary/Compensation |
| 4.3 | Jennifer Snow | $190,026.22 | 4/2/2025 | Salary/Compensation |
| | | | 3/28/2025 | Salary/Compensation |
| | | | 3/28/2025 | Salary/Compensation |
| | | | 3/14/2025 | Salary/Compensation |
| | | | 2/28/2025 | Salary/Compensation |
| | | | 2/14/2025 | Salary/Compensation |
| | | | 1/31/2025 | Salary/Compensation |
| | | | 1/17/2025 | Salary/Compensation |
| | | | 1/3/2025 | Salary/Compensation |
| | | | 12/20/2024 | Salary/Compensation |
| | | | 12/6/2024 | Salary/Compensation |
| | | | 11/22/2024 | Salary/Compensation |
| | | | 11/8/2024 | Salary/Compensation |
| | | | 10/25/2024 | Salary/Compensation |
| | | | 10/11/2024 | Salary/Compensation |

DevWorks International
Case No. _____
SOFA Question #4 (cont.)

|  | Name | Total Amount Transferred | Date | Reason for Providing the Value |
|---|---|---|---|---|
| 4.3 cont. | Jennifer Snow |  | 9/27/2024 | Salary/Compensation |
|  |  |  | 9/13/2024 | Salary/Compensation |
|  |  |  | 8/30/2024 | Salary/Compensation |
|  |  |  | 8/16/2024 | Salary/Compensation |
|  |  |  | 8/2/2024 | Salary/Compensation |
|  |  |  | 7/19/2024 | Salary/Compensation |
|  |  |  | 7/5/2024 | Salary/Compensation |
|  |  |  | 6/21/2024 | Salary/Compensation |
|  |  |  | 6/7/2024 | Salary/Compensation |
|  |  |  | 5/24/2024 | Salary/Compensation |
|  |  |  | 5/10/2024 | Salary/Compensation |
|  |  |  | 4/26/2024 | Salary/Compensation |
|  |  |  | 4/12/2024 | Salary/Compensation |
| 4.4 | Demetria Arvanitis | $10,536.41 | 11/22/2024 | Advisor compensation |
|  |  |  | 7/5/2024 | Advisor compensation |
|  |  |  | 6/21/2024 | Advisor compensation |
|  |  |  | 6/7/2024 | Advisor compensation |
|  |  |  | 5/24/2024 | Advisor compensation |
|  |  |  | 5/10/2024 | Advisor compensation |
|  |  |  | 4/26/2024 | Advisor compensation |
|  |  |  | 4/12/2024 | Advisor compensation |

DevWorks International
Case No. _____

**SOFA Question #9**

List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing
this case unless the aggregate value of the gifts to that recipient is less than $1,000.

| Question | 9.1 |
|---|---|
| Recipient's Name | Hamadoun Karambe |
| Relationship to Debtor | Field office employee |
| Description of Gifts or Contributions | In April 2023, there was an attack in Sevare/Mopti where DevWorks operated.  Mr. Karambe lost four family members, and his house was demolished during the attack.  DevWorks made a charitable contribution to Mr. Karambe as support after this tragic event. |
| Date Given | 4/25/2023 |
| Value | $2,225.00 |

DevWorks International
Case No. _____

**SOFA Question #13**

| | Who Received Transfer | Address | Relationship to Debtor | Description of Transfer | Date of Transfer | Total Amount |
|---|---|---|---|---|---|---|
| 13.1 | Society for International Development | 2300 N St NW Suite 350 Washington, DC 20037 | Debtor is paid member | 2024 Annual conference sponsorship | 10/31/2024 | $6,000.00 |
| 13.2 | Society for International Development | 2300 N St NW Suite 350 Washington, DC 20037 | Debtor is paid member | 2023 Annual conference sponsorship | 10/12/2023 | $5,860.00 |
| 13.3 | Helen Keller Institute | 352 Park Avenue South 12th Floor New York, NY 10128 | Debtor was custodian of project funds | Reimbursing project expenses with funds that debtor held in custody | 3/3/2025 | $291,464.11 |
| 13.4 | Christian Aid | 35-41 Lower Marsh London SE1 7RL | Debtor was custodian of project funds | Reimbursing project expenses with funds that debtor held in custody | 3/3/2025 | $65,477.80 |
| 13.5 | Christian Aid | 35-41 Lower Marsh London SE1 7RL | Debtor was custodian of project funds | Reimbursing project expenses with funds that debtor held in custody | 3/7/2025 | $5,585.90 |
| 13.6 | 3ie-International Initiative for Impact Evaluation | 1111 19th Street,NW Suite 700 Washington, DC 20036 | Debtor was custodian of project funds | Reimbursing project expenses with funds that debtor held in custody | 3/11/2025 | $41,705.38 |
| 13.7 | FIVDB | Doloipara, Khadimnagar Sylhet-3103 Bangladesh | Debtor was custodian of project funds | Returning FIVDB funds balance that debtor held in custody | 3/12/2025 | $560,074.23 |

DevWorks International
Case No. _____

**SOFA Question #26d.**

List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

| | **Name and Address** |
|---|---|
| 26d.1 | Truist Bank<br>10415 Old Georgetown Rd.<br>Bethesda, MD 20814 |
| 26d.2 | Chase Bank<br>12097 Rockville Pike<br>Rockville, MD, 20852 |
| 26d.3 | USAID<br>1300 Pennsylvania Ave RRB 610 # 107<br>Washington, DC 20037 |

DevWorks International
Case No. _____

**SOFA Question #28**

List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

|  | Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|---|
| 28.1 | DeAnn McGrew | 305 Yale Dr<br>Conway, AR 72034 | Chief Executive Officer | N/A |
| 28.2 | Archil Nikuradze | 9207 Lundigan Court<br>Bethesda, MD 20817 | Chief Financial Officer | N/A |
| 28.3 | Jennifer Snow | 809 N Jackson St<br>Little Rock, AR 72205 | Chief Growth Officer | N/A |
| 28.4 | Emmy Simmons | 6521 Old Dominion Dr.<br>Apt 253<br>McLean, VA 22101 | Board of Directors | N/A |
| 28.5 | John Glover | 4301 38th Street NW<br>Washington, DC 20016 | Board of Directors | N/A |
| 28.6 | Demetria Arvanitis | 28 Seward Farm Lane<br>Kittery, ME 03904 | Board of Directors | N/A |
| 28.7 | Martin Webber | 513 W. Broad St.<br>Apt 404<br>Falls Church, VA 22046 | Board of Directors | N/A |

DevWorks International
Case No. _____

**SOFA Question #30**

Payments, distributions, or withdrawals credited or given to insiders.

|  | Name | Amount of Money | Date | Reason for Providing the Value |
|---|---|---|---|---|
| 30.1 | DeAnn McGrew | $244,505.16 | 4/2/2025 | Salary/Compensation |
|  |  |  | 3/28/2025 | Salary/Compensation |
|  |  |  | 3/28/2025 | Salary/Compensation |
|  |  |  | 3/14/2025 | Salary/Compensation |
|  |  |  | 2/28/2025 | Salary/Compensation |
|  |  |  | 2/14/2025 | Salary/Compensation |
|  |  |  | 1/31/2025 | Salary/Compensation |
|  |  |  | 1/17/2025 | Salary/Compensation |
|  |  |  | 1/3/2025 | Salary/Compensation |
|  |  |  | 12/20/2024 | Salary/Compensation |
|  |  |  | 12/6/2024 | Salary/Compensation |
|  |  |  | 11/22/2024 | Salary/Compensation |
|  |  |  | 11/8/2024 | Salary/Compensation |
|  |  |  | 10/25/2024 | Salary/Compensation |
|  |  |  | 10/11/2024 | Salary/Compensation |
|  |  |  | 9/27/2024 | Salary/Compensation |
|  |  |  | 9/13/2024 | Salary/Compensation |
|  |  |  | 9/12/2024 | 401k employer 7.5% discretionary contribution |
|  |  |  | 8/30/2024 | Salary/Compensation |
|  |  |  | 8/16/2024 | Salary/Compensation |
|  |  |  | 8/2/2024 | Salary/Compensation |
|  |  |  | 7/19/2024 | Salary/Compensation |
|  |  |  | 7/5/2024 | Salary/Compensation |
|  |  |  | 6/21/2024 | Salary/Compensation |
|  |  |  | 6/7/2024 | Salary/Compensation |
|  |  |  | 5/24/2024 | Salary/Compensation |
|  |  |  | 5/10/2024 | Salary/Compensation |
|  |  |  | 4/26/2024 | Salary/Compensation |
|  |  |  | 4/12/2024 | Salary/Compensation |
| 30.2 | Archil Nikuradze | $284,179.35 | 4/2/2025 | Salary/Compensation |
|  |  |  | 3/28/2025 | Salary/Compensation |
|  |  |  | 3/28/2025 | Salary/Compensation |
|  |  |  | 3/14/2025 | Salary/Compensation |
|  |  |  | 2/28/2025 | Salary/Compensation |
|  |  |  | 2/14/2025 | Salary/Compensation |
|  |  |  | 1/31/2025 | Salary/Compensation |

DevWorks International
Case No. _____
SOFA Question #30 (cont.)

| | Name | Amount of Money | Date | Reason for Providing the Value |
|---|---|---|---|---|
| 30.2 cont. | Archil Nikuradze cont. | | 1/17/2025 | Salary/Compensation |
| | | | 1/3/2025 | Salary/Compensation |
| | | | 12/20/2024 | Salary/Compensation |
| | | | 12/6/2024 | Salary/Compensation |
| | | | 11/22/2024 | Salary/Compensation |
| | | | 11/8/2024 | Salary/Compensation |
| | | | 10/25/2024 | Salary/Compensation |
| | | | 10/11/2024 | Salary/Compensation |
| | | | 9/27/2024 | Salary/Compensation |
| | | | 9/13/2024 | Salary/Compensation |
| | | | 9/12/2024 | 401k employer 7.5% discretionary contribution |
| | | | 8/30/2024 | Salary/Compensation |
| | | | 8/16/2024 | Salary/Compensation |
| | | | 8/2/2024 | Salary/Compensation |
| | | | 7/19/2024 | Salary/Compensation |
| | | | 7/5/2024 | Salary/Compensation |
| | | | 6/21/2024 | Salary/Compensation |
| | | | 6/7/2024 | Salary/Compensation |
| | | | 5/24/2024 | Salary/Compensation |
| | | | 5/10/2024 | Salary/Compensation |
| | | | 4/26/2024 | Salary/Compensation |
| | | | 4/12/2024 | Salary/Compensation |
| 30.3 | Jennifer Snow | $190,026.22 | 4/2/2025 | Salary/Compensation |
| | | | 3/28/2025 | Salary/Compensation |
| | | | 3/28/2025 | Salary/Compensation |
| | | | 3/14/2025 | Salary/Compensation |
| | | | 2/28/2025 | Salary/Compensation |
| | | | 2/14/2025 | Salary/Compensation |
| | | | 1/31/2025 | Salary/Compensation |
| | | | 1/17/2025 | Salary/Compensation |
| | | | 1/3/2025 | Salary/Compensation |
| | | | 12/20/2024 | Salary/Compensation |
| | | | 12/6/2024 | Salary/Compensation |
| | | | 11/22/2024 | Salary/Compensation |
| | | | 11/8/2024 | Salary/Compensation |
| | | | 10/25/2024 | Salary/Compensation |
| | | | 10/11/2024 | Salary/Compensation |
| | | | 9/27/2024 | Salary/Compensation |
| | | | 9/13/2024 | Salary/Compensation |
| | | | 8/30/2024 | Salary/Compensation |

DevWorks International
Case No. _____
SOFA Question #30 (cont.)

| | Name | Amount of Money | Date | Reason for Providing the Value |
|---|---|---|---|---|
| 30.3 cont. | Jennifer Snow | | 8/16/2024 | Salary/Compensation |
| | | | 8/2/2024 | Salary/Compensation |
| | | | 7/19/2024 | Salary/Compensation |
| | | | 7/5/2024 | Salary/Compensation |
| | | | 6/21/2024 | Salary/Compensation |
| | | | 6/7/2024 | Salary/Compensation |
| | | | 5/24/2024 | Salary/Compensation |
| | | | 5/10/2024 | Salary/Compensation |
| | | | 4/26/2024 | Salary/Compensation |
| | | | 4/12/2024 | Salary/Compensation |
| 30.4 | Emmy Simmons | $1,250.00 | 6/27/2024 | Board honorarium |
| 30.5 | John Glover | $1,250.00 | 6/27/2024 | Board honorarium |
| 30.6 | Nancy Bradley | $1,250.00 | 6/27/2024 | Board honorarium |
| 30.7 | Kenneth Lanza | $1,250.00 | 6/27/2024 | Board honorarium |
| 30.8 | Demetria Arvanitis | $10,536.41 | 11/22/2024 | Advisor compensation |
| | | | 7/5/2024 | Advisor compensation |
| | | | 6/21/2024 | Advisor compensation |
| | | | 6/7/2024 | Advisor compensation |
| | | | 5/24/2024 | Advisor compensation |
| | | | 5/10/2024 | Advisor compensation |
| | | | 4/26/2024 | Advisor compensation |
| | | | 4/12/2024 | Advisor compensation |

# United States Bankruptcy Court
## District of Columbia

In re   **DevWorks International**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned for **DevWorks International** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**April 4, 2025**

Date

**/s/**

**DeAnn McGrew, Chief Executive Officer and President**
**DevWorks International**
**7514 Wisconsin Ave**
**Suite 400**
**Bethesda, MD 20814**

3ie International Initiative for Impact Evaluation
111 19th Street
Suite 700
Washington, DC 20036


Abraham Saye
No address available


ACE American Insurance Co.
C/O Chubb Global Casualty
Routing 1275-2W
One Beaver Valley Road
Wilmington, DE 19803


Aflac
C/O Continental American Insurance Company
PO Box 740272
Atlanta, GA 30374-0272


Akvo Foundation
Mindspace Dam,
Nieuwezijds Voorburgwal 162
1012 SJ Amsterdam
THE NETHERLANDS


Allaye Tembely
No address available


Arch Insurance Company
Executive Plaza IV
11350 McCormick Rd
Suite 102
Hunt Valley, MD 21031

Arias Guatemala, Servicios Jurídicos, S.A
6ª Avenida 12-24, zona 10
Edificio HQ Fontabella, Nivel 8
Ciudad de Guatemala
GUATEMALA


Atlas
1 North Franklin
Suite 2600
Chicago, IL 60606


Bangladesh Shrimp and Fish Foundation (BSFF)
Flat#A3, House# 14, Road# 13/C, Block-E
Banani, Dhaka
BANGLADESH


Bethesda Capital Properties, LLC
4520 East West Hwy
Suite 102
Bethesda, MD 20814


Bill.com
6220 America Center Drive
Suite 100
San Jose, CA 95002


Cabinet Juri-Partner
ATTN: Djaminatou Diallo
199, Rue 109 Badala SEMA II, BP.E 5354
Bamako
MALI


CareFirst BlueCross BlueShield
840 First St, NE
Washington, DC 20065

Central Café & Cacao
Calle Enrique Villar 103
Lima, Cercado, 15072
PERU


Centric Business Systems
PO Box 791790
Baltimore, MD 21279


Chase
7220 Wisconsin Ave
Bethesda, MD 20814


Continental Casualty Co.
151 N Franklin
Chicago, IL 60606


Corpora-Gov LLC
7206 Oakridge Ave.
Chevy Chase MD 20815


CRS
229 W. Lexington St.
Baltimore, MD 21201


Crystal Springs
200 Eagles Landing Blvd.
Lakeland, FL 33810

Direction Regionale Du Travail, Marche Dibida
100 m cote Quest Recettes Generales Du District
Rue MAGE, Porte 380
Bamako
MALI

Diversity Travel
1101 Wilson Boulevard
6th Floor
Arlington,VA 22209

Everest National Insurance Company/
Victor Insurance Managers LLC
100 Everest Way
Warren, NJ 07059

Friends in Village Development Bangladesh (FIVDB)
P.O Box No. 70
Khadimnagar, Sylhet-3103
BANGLADESH

Fundesa
16 Calle 3-17 Zona 10
Guatemala City
GUATEMALA

GeoBlue
C/O Worldwide Insurance Services, LLC
933 First Ave
King of Prussia, PA 19406

Gestionabien Guatemala, S.A.
6ª Avenida 12-24, zona 10
Edificio HQ Fontabella, Oficina 601, Nivel 6
Ciudad de Guatemala
GUATEMALA

Good Growth Ventures - Maeve Quigley
Zeeburgerpad 180
1019DZ Amsterdam
THE NETHERLANDS


Great American Insurance Company
C/O Hiscox Inc.
5 Concourse Parkway
Suite 2150
Atlanta, GA 30328


Hamadoun Karambe
No address available


Impact Hub
ACI 2000, BP E : 1355
Bamako
MALI


Innovision Consulting Private Limited
Level 3&4, House 26, Road 6, Pragati Sharani, Block J
Baridhara, Dakha
BANGLADESH


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jean Baptiste Coulibaly
No address available


Karamoko Sanogo
No address available


Mamadou Sogodogo
No address available


Mariam Tamboura
No address available


Mariam Waigalo
No address available


Mohamed Sadou
No address available


Mohammed Shamsul Kabir
House-17, Flat-C2, Road-9, Sector-4,
Uttara, Dhaka-1230
BANGLADESH


Ocean Solutions
20130 Lakeview Center Plaza
Suite 120
Ashburn, VA 20147

Ocean Support
20130 Lakeview Center Plaza
Suite 120
Ashburn, VA 20147


Oumar Toure
No address available


Oumou Dia
No address available


PayChex
20 F St NW
Floor 7
Washington, DC 20001


Property & Casualty Insurance Company of Hartford
3600 Wiseman Blvd
San Antonio, TX 78251


Public Storage
5423 Butler Road
Bethesda, MD 20816
RISE Talent Solutions LLC
2811 Gibson Oaks Drive
Herndon, VA 20171


Sahel Eco
Street 402, Gate 9
Bamako
MALI

Seydou Ibrahima
No address available


Sibiry Coulibaly
No address available


Sira Soumbounou
No address available


Tassaght
BP 32
Gao
MALI


Tetra Tech
159 Bank Street
Suite 300
Burlington, VT 05401


The Guardian Life Insurance Company of America
10 Hudson Yards
New York, NY 10001


Tigo Business
Kim 9.5 Carretera a El Salvador
Plaza Tigo, Sta Catarina Pinula, 01052
GUATEMALA


Travelers Bond and Specialty Insurance Claim
PO Box 2989
Hartford, CT 06104-2989

Truist Credit Card
12097 Rockville Pike
Rockville, MD 20852


Unanet
22970 Indian Creek Dr
#200
Dulles, VA 20166


US Bank Equipment Finance
PO Box 790448
St Louise, MO 63179-0448


US Small Business Administration
409 3rd St., SW
Washington, DC 20416


USAID/Bangladesh
Madani Avenue, Baridhara
Dhaka 1212
BANGLADESH


USAID/Guatemala
USAID/El Salvador
3450 San Salvador Place
Washington, D.C. 20521-3450


USAID/Mali
Bamako Place – AAO
1300 Pennsylvania Avenue
Washington, D.C. 20523-2050

Verizon
Verizon Business Services
10000 Park Meadows Drive
Lone Tree, CO 80124


Verizon
1 Verizon Way
Basking Ridge, NJ 07920


VIAMO PBC
1701 Rhode Island Avenue NW
Washington, DC 20036


WEX Health, Inc.
700 26th Ave E.
West Fargo, ND 58078

**Local Official Form 102**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re: DevWorks International** | **Case No.** |
| | **Chapter 7** |
| **Debtor.** | |

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1.  Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept a flat fee of........................$_____
    Filing fees...................................................................................$_____

    Prior to the filing of this statement I have received ............................$_____

    Balance Due....................................................................................$_____

**OR**

I have agreed to provide services on the following terms and conditions (i.e., hourly or without compensation on a pro bono basis). If pro bono, questions 2, 3, and 4 may be omitted.

**Legal services are being provided on a *pro bono* basis.**

2.  The source of the compensation paid to me was:

    ☐  Debtor          ☐  Other (specify) _____

3.  The source of compensation to be paid to me is:

    ☐  Debtor          ☐  Other (specify) _____

4.  ☐  I have not agreed to share the above-disclosed compensation with any other person unless they are members or associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

Page 1 of 2

5.  We have agreed to render the following legal services to DevWorks International on a *pro bono* basis: (a) preparation and filing of a chapter 7 petition and related first-day filings, schedules of assets and liabilities, and statement of financial affairs; (b) representation of DevWorks International at any meeting of creditors under section 341 of the United States Bankruptcy Code; and (c) facilitation and coordination of communications between DevWorks International and the chapter 7 trustee.

6.  Unless otherwise subsequently agreed with the debtor, the legal services provided will be limited to the services described above.

## <u>CERTIFICATION</u>

I certify that the foregoing is an accurate statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date: <u>April 4, 2025</u>

<u>/s/ Andrew E. Siegel</u>
Signature of attorney

<u>Andrew E. Siegel, DC # 1029365</u>
   Name, Bar Number

<u>Covington & Burling LLP</u>
   Firm

<u>One CityCenter, 850 Tenth St., NW</u>
   Address

<u>Washington, DC 20001</u>
   Address

<u>(202) 662-6000</u>
   Telephone

<u>asiegel@cov.com</u>
   Email Address